**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JOSE MORALES-SAMANO | : | |
| | : | |
| Petitioner, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:09-CR-0361-14-RWS |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

This case is before the Court for consideration of the Report and

Recommendation [566] of Magistrate Judge Alan J. Baverman. After reviewing

the Report and Recommendation, it is received with approval and adopted as

the Opinion and Order of this Court. Accordingly, the Motion to Vacate, Set

Aside, or Correct Sentence [518] is **DENIED**, and Petitioner is **DENIED** a

certificate of appealability. Civil Action No. 1:12-CV-2653-RWS-AJB is

**DISMISSED**.

SO ORDERED this _22nd_ day of August, 2014.



**RICHARD W. STORY**
United States District Judge